PEOPLE ex rel. FAY v. McADOO, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of Thomas B. Fay, against William McAdoo, as police commissioner, etc. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. FOODY, v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of Thomas F. Foody, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. KREKELER, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Proceedings by the People of the State of New York, on the relation of Thos. Krekeler, against Edmond J. Butler, Commissioner. I. J. Ettinger, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LAZARUS, Respondent, v. SHEENAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Proceedings by the People of the State of New York, on the relation of Elijah Lazarus, against Daniel Sheenan and others, constituting the Board of Fire Commissioners of Elmira, N. Y. No opinion. Motion for reargument denied, without costs. For former opinion, see 113 N. Y. Supp. 230.

PEOPLE ex rel. MT. VERNON TRUST CO., Respondent, v. MILLARD, Town Sup'r, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of the Mt. Vernon Trust Company, against Charles D. Millard, as Supervisor of the Town of Greenburgh. No opinion. Interlocutory judgment affirmed, with costs. See, also, 127 App. Div. 77, 111 N. Y. Supp. 22.

PEOPLE ex rel. MT. VERNON TRUST CO., Respondent, v. MILLARD, Town Sup'r, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Proceedings by the People of the State of New York, on the relation of the Mt. Vernon Trust Company, against Charles D. Millard, as Supervisor of the Town of Greenburgh. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

PEOPLE ex rel. SWEET v. RAYMOND, Mayor, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Proceedings by the People of the State of New York, on the relation of Henry Sweet, against George G. Raymond, Mayor of the City of New Rochelle, and others. PER CURIAM. Motion denied. We think the motion never should have been made, and that it was unbecoming of the attorney for the moving party to make it. We think it might well subject him to the discipline of the court, but after deliberation have concluded to overlook it.

PEOPLE ex rel. WACLARK REALTY CO., Appellant, v. O'DONNEL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Proceedings by the People of the State of New York, on the relation of the Waclark Realty Company, against Frank A. O'Donnel and others. A. B. Cruikshank, for appellant. D. Rumsey, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WALKER, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Proceedings by the People of the State of New York, on the relation of William H. Walker, against John F. Ahearn, as president, etc. J. W. Browne, for appellant. T. Farley, for respondent. No opinion. Order reversed, and alternative writ granted, with $50 costs and disbursements of appeal to abide the final event. Settle order on notice. See, also, 60 Misc. Rep. 613, 113 N. Y. Supp. 876.

In re PERRY. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) In the matter of the judicial settlement of the account of Arline A. Perry (otherwise Arline P. Moffat), as executrix of the last will and testament of Ann Marchant Stacey, deceased. No opinion. Motion to resettle order denied, with costs. See, also, 114 N. Y. Supp. 246.

PETZE, Appellant, v. LEARY, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by Henry H. Petze against Daniel J. Leary. No opinion. Judgment affirmed on argument, with costs.

PHILLIPS v. VAN LEER. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Moses H. Phillips against Isaac Van Leer. No opinion. Motion denied, with $10 costs. Settle order on notice.

PIERSON v. CLARK et al. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Wellington S. Pierson against J. Emmett Clark and another. No opinion. Order affirmed, with $10 costs and disbursements.